# EXHIBIT 1



Hatco AOC 25 and Crows Mill Creek Wetland Location Map

Project: Hatco AOC 25
Client: Hatco Corporation
Date: April 2022
Figure #: 1