# EXHIBIT 2



NOTES:
1. NAPL data not included in kriging interpolation.
2. All results mg/kg (milligram per kilogram).
3. U - Undetected Value.
4. Y - Calculated total PBCs.

SOURCES:
1. Base Map: Georeferenced 1979 aerial imagery provided by Aero-Data.
2. Parcel Boundaries: Parcels of Woodbridge Township, Middlesex County, New Jersey State Plane NAD83. Woodbridge Township Information Services. October 2009. https://njgin.state.nj.us/NJ_NJGINExplorer/DataDownloads.jsp

**Legend**

- NAPL Sample Location (NAPL data not included in kriging analysis)
- Approximate Area of Liquid Flow per 1977 Aerial
- Crows Mill Creek Wetland
- Dividing Property Lines
- Historic Drainage
- Hatco AOC25

**Total PCBs Concentration Areas**

- 1-10 mg/kg
- 10-50 mg/kg
- 50-100 mg/kg
- 100-200 mg/kg
- 200-300 mg/kg
- >300 mg/kg

WESTON SOLUTIONS SM

Weston Solutions, Inc.
205 Campus Drive Edison, New Jersey 08837-3939
TEL: (732) 417-5800 Fax: (732) 417-5801
http://www.westonsolutions.com

REPORT DATE: April 2022

PROJECT MANAGER: J. Soukup

DRAWING: 28107_CMC_ChD_PCBs_Isocontours_Horizontal.mxd

PATH: P:\Hatco\GIS\MXD\2021_01_ChD_CMC_Sampling_Results\

CHECKED BY: A. McGahan

REVISION No. 1

CONTRACT No.

DELIVERY ORDER NO.

WORK ORDER No. 13067.001.003.4002

DRAWN/MODIFIED BY: H. Bravo-Ruiz

DATE CREATED: 4/13/2022

CLIENT NAME: Hatco Corporation

PROJECT NAME: Hatco AOC 25

DRAWING TITLE: Crows Mill Creek PCB Distribution Map

FIGURE: 3a

SCALE: 1 " = 90 '

DATE: 4/29/2022



NOTES:
1. NAPL data not included in kriging interpolation.
2. All results mg/kg (milligram per kilogram).
3. U - Undetected Value.

SOURCES:
1. Base Map: Georeferenced 1979 aerial imagery provided by Aero-Data.
2. Parcel Boundaries: Parcels of Woodbridge Township, Middlesex County, New Jersey State Plane NAD83. Woodbridge Township Information Services. October 2009. https://njgin.state.nj.us/NJ_NJGINExplorer/DataDownloads.jsp

**Legend**

- NAPL Sample Location (NAPL data not included in kriging analysis)
- Approximate Area of Liquid Flow per 1977 Aerial
- Crows Mill Creek Wetland
- Dividing Property Lines
- Historic Drainage
- Hatco AOC25

**BEHP Concentration Areas**

- 1-10 mg/kg
- 10-100 mg/kg
- 100-1,000 mg/kg
- 1,000-10,000 mg/kg
- >10,000 mg/kg

WESTON SOLUTIONS SM

Weston Solutions, Inc.
205 Campus Drive Edison, New Jersey 08837-3939
TEL: (732) 417-5800 Fax: (732) 417-5801
http://www.westonsolutions.com

N
W E
S

| | |
|---|---|
| REPORT DATE: April 2022 | PROJECT MANAGER: J. Soukup |
| DRAWING: 28108_CMC_ChD_BEHP_Isocontours_Horizontal.mxd<br>PATH: P:\Hatco\GIS\MXD\2021_01_ChD_CMC_Sampling_Results\ | CHECKED BY: A. McGahan |
| REVISION No. 1 | CONTRACT No.<br>DELIVERY ORDER NO. |
| WORK ORDER No. 13067.001.003.4002 | DRAWN/MODIFIED BY: H. Bravo-Ruiz<br>DATE CREATED: 4/13/2022 |

CLIENT NAME: Hatco Corporation

PROJECT NAME: Hatco AOC 25

DRAWING TITLE: Crows Mill Creek BEHP Distribution Map

FIGURE: 3b SCALE: 1 " = 90 ' DATE: 4/29/2022