# EXHIBIT 4





**Figure 4b** — Process Areas and Other Key Features on the EPEC Parcel With BEHP Distribution. Project: Hatco AOC 25. Client: Hatco Corporation. Date: April 2022. Weston Solutions.

Source:
1. 4/1/1965 Aerial Imagery Interpretation with surface flow annotation by Aero-Data.
2. Building numbers: Figure 1, IT May 1990; and/or PAS, 1985

Note:
1. Yellow labels were added to Aero-Data's aerial interpretation by Weston.