# **EXHIBIT 5**

