# **EXHIBIT 6**



# 1954 Aerial Photograph

**Evidence of Vehicle Tracks on Elevated Railroad Berm**

**Liquid Disposal Pit**

**EPEC Wetland Dump**

**EPEC Northern Dump**

**Berm is clear and appears to be heavily traveled**

**Surface Discharge to Hartman's Pond**

**Entrance to Elevated Railroad Berm**

N

*SOURCE: 1954: 1:20,000, Black & White Image from www.historicaerials.com*

# 1957 Aerial Photograph

**Truck Access/Turnaround**

**Liquid Disposal Pit**

**EPEC Northern Dump**

**EPEC Wetland Dump**

**Elevated Railroad Berm is frequently traveled**

**Area of denuded vegetation; evidence of surface discharge**

**Surface Discharge to Hartman's Pond**

**Area of stressed vegetation below Hartman's Pond outfall**

**Entrance to Elevated Berm**

N

*SOURCE: 1957: (9/24/1957) 1: 20,000, Black & White image from AeroData*





